UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANGIE ANN COUSINEAU,

        Plaintiff,

     v.                           Case No. 18-C-857

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

## ORDER

WHEREFORE, the Court finds that Plaintiff's attorney is entitled to 25 percent of Plaintiff's retroactive benefits under 42 U.S.C. § 406(b)(1), and because there is no objection to the amount of the fee, the motion for attorney's fees is GRANTED. Plaintiff's counsel is entitled to attorney's fees in the amount of $41,019.25. Plaintiff's attorney will refund the EAJA fee of $8,100.00 to Plaintiff.

**SO ORDERED** at Green Bay, Wisconsin this 27th day of January, 2021.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge